Case 6:10-cv-00246-GAP-DAB   Document 2   Filed 02/10/10   Page 3 of 10

Case 6:10-cv-00246-GAP-DAB   Document 2   Filed 02/10/10   Page 4 of 10

Case 6:10-cv-00246-GAP-DAB   Document 2   Filed 02/10/10   Page 5 of 10