# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORCHARD DRIVE, LLC,

        Plaintiff,

-vs-                                                                      Case No. 6:10-cv-245-Orl-18DAB

M/V SUNCRUZ VIII, OFFICIAL NO.
977138,

        Defendant.

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR RETURN OF PROPERTY IN INCIDENTAL CUSTODY AND OTHERWISE NOT SUBJECT TO THE ARREST OF THE M/V SUNCRUZ VIII (Doc. No. 15)** |
| **FILED:** | **March 18, 2010** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |
| **MOTION:** | **MOTION FOR ORDER DIRECTING INTERLOCUTORY SALE OF SUNCRUZ VIII, APPROVING SALE PROCEDURES, AUTHORIZING RETENTION AND PAYMENT OF APPRAISERS AND BROKER AND AUTHORIZING CREDIT BID (Doc. No. 24)** |
| **FILED:** | **April 2, 2010** |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice** as to setting an interlocutory sale and setting a credit bid, and **DENIED** as to the remainder of the relief sought in the Motion. | |

For the reasons as stated in the related case, *Canaveral Port Authority v. M/V Surfside Princess*, Case No. 09-cv-1919-28DAB[1], to the extent Orchard Drive seeks an order to set an interlocutory sale and allow a credit bid, it is **DENIED** without prejudice as premature; to the extent the Motion seeks other relief it is **DENIED**, as explained in Case No. 09-cv-1919-28DAB, Doc. No. 102. Ultron's Motion for return of ATM machines is **DENIED** without prejudice for the reasons explained in Case No. 09-cv-1919-28DAB, Doc. No. 101.

| | |
|---|---|
| **MOTION:** | **MOTION FOR DEFAULT JUDGMENT AGAINST M/V SUNCRUZ VIII (Doc. No. 17)** |
| **FILED:** | **March 22, 2010** |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice.** Judgment is not appropriate until all lien claims are adjudicated. | |
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ORDER OF SALE OF SUNCRUZ VIII (Doc. No. 34)** |
| **FILED:** | **April 16, 2010** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **MOTION FOR ISSUANCE OF SUPPLEMENTAL WARRANT IN REM (Doc. No. 36)** |
| **FILED:** | **April 19, 2010** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to issue the warrant. | |

---

[1]The Motions relating to an interlocutory sale in the two cases, along with a third case, 10-cv-246, are virtually identical.

| | |
|---|---|
| **MOTION:** | **MOTION TO INTERVENE AS PLAINTIFFS BY SEAMEN GROUP VIII (Doc. No. 38)** |
| **FILED:** | **April 20, 2010** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **MOTION FOR LEAVE TO FILE REPLY TO THE SALE OBJECTIONS (Doc. No. 40)** |
| **FILED:** | **April 21, 2010** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

   **DONE** and **ORDERED** in Orlando, Florida on May 4, 2010.

_David A. Baker_
_____

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties