# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORCHARD DRIVE, LLC,**

**Plaintiff,**

-vs-                                                    Case No.  6:10-cv-245-Orl-28DAB

**M/V SUNCRUZ VIII, OFFICIAL NO. 977138,**

**Defendant.**

_____

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| MOTION: | ORCHARD DRIVE'S MOTION FOR SALE OF M/V SUNCRUZ VIII (Doc. No. 129) |
|---|---|
| FILED: | August 3, 2010 |
| THEREON it is **ORDERED** that the motion is **DENIED as moot**. | |

| MOTION: | STIPULATED MOTION FOR ENTRY OF ORDER OF SALE OF MV SUNCRUZ VIII (Doc. No. 139) |
|---|---|
| FILED: | August 23, 2010 |
| THEREON it is **ORDERED** that the motion is **GRANTED**. | |

The Court has reviewed the Stipulated Motion for Entry of Order of Sale of M/v SunCruz VIII (Doc. 139), to which no opposition was raised at the hearing on August 26, 2010, and finds the form

_____

[1]A hearing was held on August 26, 2010.

and the terms of the offered-contract for purchase of the Vessel to be acceptable for purpose of selling the Vessel by private sale.

The Court also finds that the proposed private sale of the M/V Suncruz VIII is in the best interests of the estate within the terms and meaning of 28 U.S.C. §2001(b).  Accordingly, this Court Grants the Stipulated Motion for Entry of Order of Sale (Doc. 139), and further Orders as follows:

1. Counsel for Orchard Drive shall place the deposit of $235,000.00 received from Marine Charters, LLC into the Registry of the Court not later than three business days following the entry of this Order.  The Clerk is authorized and directed to receive the payment.

2. Any competing or higher price offers shall be made on the same (or better) terms and generally in the form as the pending *Purchase Offer for Arrested Vessel* submitted by Marine Charters, LLC, which excludes from purchase gaming machines claimed by Franklin International Gaming Corp. in this action. Competing or higher-price offers from other offerors shall be made by filing a *Submission of Purchase Offer for Arrested Vessel* not later than **4:00 p.m. on September 20, 2010**, accompanied by a cash deposit equal to ten percent of the offered purchase price and that cash deposit shall made into the Registry of the Court.  The Clerk is hereby authorized and directed to receive the payment(s) of all such competing offerors.

3. The Court appoints Captain Kelly Pursifer of Captain Kelly Pursifer & Associates, Inc., Roger Shore of B.S.T. Marine, and Espen Tandberg of U.S. Shipbrokers as disinterested persons to serve as the appraisal panel to determine the appraised value of the Vessel in accordance with the provisions of 28 U.S.C. §2001(b).

4. If the three appraisers determine that the appraised value of the Vessel is not more than $3,750,000 (that sum being the maximum appraised value at which the proposed sale at a price of

-2-

$2,500,000 may be approved under 28 U.S.C. §2001(b)), then the appraisers may determine the appraised-value as "not-more-than" $3,750,000 rather than agree on a specific appraised value.

5.      Orchard Drive shall cause the publication of the 28 U.S.C. §2001(b) notice setting forth the terms of the proposed sale pursuant to the Local Rules by September 3, 2010 with a second publication to take place by September 14, 2010.

6.      The hearing for the confirmation of the sale of the vessel to Marine Charters, LLC, and for the consideration of competing or higher-price offers and the confirmation of the sale to such other offering-party or offering-parties is set for **September 23, 2010** at **2:00 p.m.** At the hearing, the Court may order the M/V SunCruz VIII sold, upon such terms and conditions the Court approves, if it finds that the best interests of the estate and all parties will be conserved thereby, with the proceeds of the sale to be deposited into the Registry of the Court.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2010.

_David A. Baker_

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-3-