# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORCHARD DRIVE, LLC,**

       **Plaintiff,**

-vs-                                        **Case No. 6:10-cv-245-Orl-28DAB**

**M/V SUNCRUZ VIII, OFFICIAL NO. 977138,**

       **Defendant.**

---

## ORDER

This case is before the Court on Orchard Drive, LLC's Motion to Dissolve Franklin International Gaming Corp.'s Arrest of Vessel and for Other Relief for Failure to Comply with this Court's June 18, 2010 Order (Doc. No. 128) filed August 3, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Franklin International Gaming Corp.'s ("Franklin") objections to the Report and Recommendation (Doc. 170), and Orchard Drive's Response to Franklin's objections (Doc. 171), Franklin's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 22, 2010 (Doc. No. 159) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Orchard Drive, LLC's Motion to Dissolve Franklin International Gaming Corp.'s Arrest of Vessel and for Other Relief for Failure to Comply with this Court's June 18, 2010 Order (Doc. No. 128) is **GRANTED**.

3. Franklin's Arrest Warrant as served on June 25, 2010 is **VACATED**.

4. Franklin's Intervening Complaint to the extent it asserts *in rem* claims against the Vessel is **DISMISSED** for willful and repeated failure to comply with the Court's Orders regarding payment of Franklin's portion of the custodial costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___5___ day of ~~October~~ November, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party